UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | CASE No. |
| THE SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CHIEF MAGISTRATE JUDGE ELIZABETH A. PRESTON-DEAVERS |
| | FILED UNDER SEAL |

## ORDER TO UNSEAL

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A:

| | | | | |
|---|---|---|---|---|
| 2:17-MJ-434 | 2:18-MJ-007 | 2:18-MJ-756 | 2:19-MJ-001 | 2:19-MJ-471 |
| 2:17-MJ-585 | 2:18-MJ-8 | 2:18-MJ-840 | 2:19-MJ-45 | 2:19-MJ-481 |
| 2:17-MJ-586 | 2:18-MJ-9 | | 2:19-MJ-121 | 2:19-MJ-498 |
| 2:17-MJ-587 | 2:18-MJ-10 | | 2:19-MJ-122 | 2:19-MJ-510 |
| 2:17-MJ-588 | 2:18-MJ-17 | | 2:19-MJ-127 | 2:19-MJ-512 |
| 2:17-MJ-589 | 2:18-MJ-51 | | 2:19-MJ-153 | 2:19-MJ-527 |
| 2:17-MJ-617 | 2:18-MJ-61 | | 2:19-MJ-174 | 2:19-MJ-528 |
| 2:17-MJ-644 | 2:18-MJ-92 | | 2:19-MJ-175 | 2:19-MJ-553 |
| 2:17-MJ-676 | 2:18-MJ-205 | | 2:19-MJ-191 | 2:19-MJ-560 |
| 2:17-MJ-677 | 2:18-MJ-213 | | 2:19-MJ-255 | 2:19-MJ-561 |
| 2:17-MJ-678 | 2:18-MJ-232 | | 2:19-MJ-265 | 2:19-MJ-562 |
| 2:17-MJ-679 | 2:18-MJ-326 | | 2:19-MJ-266 | 2:19-MJ-563 |
| 2:17-MJ-696 | 2:18-MJ-355 | | 2:19-MJ-272 | 2:19-MJ-564 |
| 2:17-MJ-713 | 2:18-MJ-379 | | 2:19-MJ-273 | 2:19-MJ-570 |
| 2:17-MJ-714 | 2:18-MJ-397 | | 2:19-MJ-276 | |
| 2:17-MJ-715 | 2:18-MJ-398 | | 2:19-MJ-290 | |
| 2:17-MJ-747 | 2:18-MJ-404 | | 2:19-MJ-291 | |
| 2:17-MJ-758 | 2:18-MJ-411 | | 2:19-MJ-320 | |
| 2:17-MJ-759 | 2:18-MJ-429 | | 2:19-MJ-348 | |
| 2:17-MJ-761 | 2:18-MJ-434 | | 2:19-MJ-349 | |
| 2:17-MJ-762 | 2:18-MJ-460 | | 2:19-MJ-379 | |
| 2:17-MJ-782 | 2:18-MJ-498 | | 2:19-MJ-414 | |
| 2:17-MJ-791 | 2:18-MJ-512 | | 2:19-MJ-460 | |
| | 2:18-MJ-515 | | | |
| | 2:18-MJ-532 | | | |